**UNITED STATE DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**
CASE NO. 4:17-CV-41-JHM

JEFFERY W. LITTLEPAGE                                                                          PLAINTIFF

VS.                                              **COMPLAINT**

WILLIAM DUKES JR, in his
Individual capacity, and
CITY OF PROVIDENCE                                                                          DEFENDANTS

    Comes the plaintiff, Jeffery W. Littlepage, by counsel, and for his cause of action herein states as follows:

**PARTIES**

    1.    Plaintiff Jeffery W. Littlepage is a citizen and resident of Webster County, Kentucky, presently residing at 587 Vick Street, Clay, Kentucky 42404.

    2.    At all times herein mentioned Defendant William Dukes, Jr., was a police officer of the Providence Police Department.  Upon information and belief he is a citizen and resident of Muhlenberg County residing at 172 Lear Lane, Greenville, Kentucky 42345.

    3.    Defendant, the City of Providence was established in 1840 and lies in Webster County, Kentucky.  Providence is a home class city.  The City of Providence has as its agent for the purposes of service of Process, Eddie Gooch, Mayor, City Hall, P.O. Box 128, 201 East Main Street, Providence, Webster County, Kentucky 42450.

**JURISDICTION AND VENUE**

    4.    This action arises under the United State Constitution, particularly under the provisions of the 4th, 5th and 14th Amendments of the Constitution of the United States and under the laws of the United States, particular the Civil Rights Act 42 U.S. Code,

1

Sections 1983 and 1988, and under the laws of the Commonwealth of Kentucky.

5. The Jurisdiction of the Court is invoked under the provision of Title 28 of the United States Code, Sections 1331 and 134. Plaintiff also invokes the pendent state jurisdiction of this Court.

### CLAIM ONE

6. On or about May 25-26, 2016, Plaintiff was beaten and tortured in an attempt to prevent him from lodging a complaint against Officer Will Dukes of the Providence Police Department.

7. Defendant William Dukes, Jr., while acting in the scope of his employment, did illegally physically assault, beat, and torture the plaintiff.

8 Defendant Dukes, Jr. purposely and in a manner which constituted excessive force with the intent to cause plaintiff undue pain and suffering assaulted him as stated previously herein.

9. As a direct and proximate result of the aforementioned unlawful and malicious and physical abuse of Littlepage by Defendant Dukes, Jr., committed under color of law, statutes, ordinances, regulations, policies, customs of Kentucky and the City of Providence, under his authority as a Providence Police Officer, Littlepage suffered bodily harm and was deprived of his right to be secure in his person against unreasonable seizure of his person, in violation of the 4th and 14th Amendments to the Constitution of the United States.

10. As a direct and proximate result of the malicious and outrageous conduct of Defendant Dukes, Jr., as set forth above, Littlepage suffered injuries and damages including a broken nose, and other bodily injuries and mental and emotional suffering

due to the injuries at the hands of Defendant Dukes, Jr..

11.     The acts of Defendant Dukes, Jr., as set forth above were intentional, wanton, malicious, and oppressive; thus entitling Littlepage to an award of punitive damages.

12.     As a result of the Civil Rights Violation by Dukes, Jr., Littlepage is entitled to attorney's fees by statute; 42 USC § 1988.

### PENDENT STATE ASSAULT AND MALICIOUS PROSECUTION CLAIM

13.     Plaintiff adopts and incorporates herein the preceding numerical paragraphs as if written in their entirety.

14.     Defendant Dukes, Jr., maliciously and with the intent to cause unnecessary pain to Littlepage did strike, pepper spray and taze him. Defendant Dukes, Jr. was aware that his actions were not justified under law and was fully aware that he was committing an illegal and improper act against the plaintiff.  Then Officer Dukes, did after his assault deny proper medical treatment to Littlepage by not allowing the ambulance to transport him to the hospital

15.     Such actions by Dukes, Jr., constitute assault and Plaintiff Littlepage is entitled to damages against Dukes, Jr., for pain and suffering, mental and physical received as a result thereof.

16.     Thereafter, in an attempt to further threaten Plaintiff and to cover up his own illegal activities, Dukes did maliciously have filed criminal charges against Littlepage and continued to have same prosecuted for some 10 months thereafter.

17. The City of Providence likewise, continued in the Prosecution of those charges when it knew or should have know that there was no basis in fact or law for the charges. Further embarrassing and humiliating the Plaintiff herein, and entitling him to damages for Malicious Prosecution.

18. To deter such intentional and malicious conduct by the Defendants, and others in the future, and to punish Dukes, Jr., and the City of Providence for past actions, Littlepage should be awarded punitive damages.

## CLAIM AGAINST CITY OF PROVIDENCE

19. Plaintiff adopts and incorporates herein the preceding numerical paragraphs as if written in their entirety.

20. On the date in question of the assault of Plaintiff, Littlepage, Defendant, Dukes, Jr., was an employee of the City of Providence and functioning within his capacity as such.

21. As a result of William Dukes, Jr's employment at the time in question as an employee, the City of Providence is responsible for any damages assessed against Defendant Dukes, Jr., for assault under the theory of *respondeat superior*.

22. Likewise, at the time of the Assaults and malicious prosecution, the City of Providence had prior notice of these types of actions by its Officer Dukes and did nothing to prevent same from occurring to this Plaintiff.

23. The City of Providence is directly liable for damages, both compensatory and punitive, and jointly and severally, with the Defendant Officers, for the federal and state claims set out herein.

WHEREFORE, Plaintiff, Jeffery E. Littlepage, respectfully prays judgment as follows:

A. For Compensatory damages against Defendants for violation of his federal and state rights as set out above.

B. For Punitive damages as a result of the violation of his rights, both state and federal.

C.. For a Judgment against the City of Providence under the of *respondeat superior* for any damages assessed about William Dukes, Jr. or any other officers.

D. For Direct Judgment against the City for compensatory and punitive damages as set out above.

E. For a Joint and Several liability between the Defendants for Judgment as set out above.

F. For his Costs incurred herein including Attorney's fees pursuant to 42 USC § 1988;

G. Trial by jury; and

H. Any and all relief to which Plaintiff may be entitled.

This 24th day of March 2017.

LAW OFFICES OF AMEALIA R. ZACHARY
66 U.S. HIGHWAY 41-A SOUTH
POST OFFICE BOX 338
DIXON, KENTUCKY 42409
OFFICE: 270-639-2100
FAX: 270-639-0012

BY: /s/ AMEALIA R. ZACHARY
    Attorney for Plaintiff, Jeffery W. Littlepage